Cause #5554                           page 1 of 3

The State of Texas     §   In the District Court
v.            §   216th Judicial District
Donald Lowell Hulsopple   §   Gillespie County, TX

17-171-OR

THIS IS A MOTION OF WRIT OF HABEAS CORPUS FOR RELIEF IN CAUSE #5554 IN THE 216th JUDICIAL DISTRICT COURT OF GILLESPIE COUNTY, TEXAS IN THE FORM OF DISMISSAL WITH PREJUDICE.

Now comes Donald Lowell Hulsopple in the above entitled numbered cause and will show the following:

## I

That I did not receive an Indictment here at Jester 3 in Richmond, Texas until 2/21/17, over two years confinement in the T.D.C.J.

## II

That on 2/12/15 I was coerced into initialing guilty on a Judgement and Statement document for five (5) years confinement in the T.D.C.J. I asked my court-appointed attorney, Albert D. Patillo III, if I would have to go to jail to be appointed another attorney, and he said, "Yes." I was out of jail on bond at the time with Davis Bonding of Fredericksburg, Texas. I asked for another lawyer because this case should be resolved with probation, as this is my first felony DWI.

## III

A third degree felony carries a 2 to 10 year sentence, and Mr. Patillo threatened me with a trial by jury that could result in a 10 to 12 year sentence, which proves he lied to me again and proves ineffective assistance of counsel. The fear of waiting in jail for an undetermined time for another lawyer, and Mr. Patillo's anger with me, forced me into initialing the Judgement and Statement document. I WOULD NOT have initialed if Mr. Patillo had informed me that there would be no parole,

and that the Judgement and Statement document does not show this.

## IV

According to Texas law I have thirty (30) days to withdraw my plea and was not given this opportunity. After initiling the Judgement and Statement document I immediately began serving time on 2/12/15.

## V

My Pro Se Motion of 1/22/17 to District Judge N. Keith Williams in the 216th District Court has been ignored.

## VI

The Judgement and Statement document is erroneous in the finding of a deadly weapon; to wit, a motor vehicle. There is no accident report because there was no accident as reported in the Affidavit of Probable Cause for Arrest Without Warrant which I received here at Jester 3 in Richmond, Texas on 2/21/17. This erroneous affidavit is stamped as being received on 4/10/14, over a month from the arrest date of 3/4/14 on the indictment.

## VII

The District Clerk, Jan Davis, claims she has no access to the court hearing transcript or the Grand Jury transcript for which I have asked.

## VIII

I approach this court due to consistant uncooperation with the 216th District Court of Gillespie County in Texas. Therefore, a Nunc pro Tunc was not submitted, nor a writ of habeas corpus 11.07 for the same reason.

## IX

I hereby plea the court relief in the form of dismissal with prejudice in violation of my rights according to Constitutional Amendments VI and XIV.

### Unsworn Declaration

I, Donald Lowell Hulsopple, T.D.C.I. #1986369, being presently incarcerated in the Jester 3 Unit, Richmond, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed 3/21/17     Donald Lowell Hulsopple

### Prison Mailbox Rule

Defendant Donald Lowell Hulsopple respectfully requests that due to his incarceration in the T.D.C.I. Jester 3 Unit in Richmond, Texas that the Honorable Court recognize and accept the above motion as being filed by the 4th Court of Appeals Clerk, Keith E. Hottle on 3/21/17 under the "Prison Mailbox Rule of Houston v. Lack, 487 U.S. 266 (1988); Faile v. Upjohn, 988 f. of 2d 988, 988-89 (9th Cir 1993) (applying rule to all prisoner filings); and Lewis v. Richmond City Police Dept. 947 F 2d 733, 36 (4th Cir 1991)(per curiam) (applying rule of civil complaints). Above motion submitted to the T.D.C.I. Jester 3 Unit, Richmond, TX on 3/21/17 by delivery to said Unit's mailroom.   Executed 3/21/17. Donald Lowell Hulsopple

### Order

On this 21st day of March 2017 A.D. came to be heard the above motion, and it appears that in the interest of Justice said motion be granted.   _____

Judge Presiding

Donald Lowell Hulsopple 1986369
Tester 3 Unit
3 Tester Rd.
Richmond, TX 77406-8544



NORTH HOUSTON TX 773

KEITH E. HOTTLE, CLERK

2017 MAR 24 PM 12:34

IN SAN ANTONIO, TX

Legal Mail
Do Not Open

Fourth Court of Appeals
Clerk Keith E. Hottle
Cadema-Reeves Justice Center
1300 Delorosa St. Rm. 3200
San Antonio, TX 78205-3037

78205-303799

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE-CORRECTIONAL
INSTITUTIONS DIVISION